**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**          **PLAINTIFF**

**v.**          **CIVIL ACTION NO. 2:22-cv-131-KS-MTP**

**TRACTOR SUPPLY COMPANY**          **DEFENDANT**

**DISCOVERY ORDER**

THIS MATTER came before the Court this date for a telephonic discovery conference. During the conference, the parties indicated that there remain disputes concerning the sufficiency of Defendant's discovery responses, and Defendant indicated it intends to supplement its responses. In light of the remaining disputes and the parties' prior failures for adequately confer, the Court orders as follows:

1. Defendant shall produce any supplementation to its discovery responses on or before October 2, 2023;

2. On or before October 10, 2023, the parties shall confer and attempt to resolve any remaining issues;

3. Failing resolution of all issues, the parties shall participate in an in-person discovery conference with the undersigned on October 17, 2023, at 9:30 a.m. at the United States Courthouse, 701 N. Main St., Hattiesburg, Mississippi.[1]

SO ORDERED this the 25th day of September, 2023.

                                                               s/Michael T. Parker
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] On September 5, 2023, the Court reset the settlement conference previously scheduled for October 3, 2023. As a result, the parties' confidential settlement memoranda are no longer due by September 26, 2023. The deadline to submit these memoranda will be reset via separate order.