# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

       **Plaintiff,**

v.                                                  **Civil Action No.: 2:22-cv-00131-KS-MTP**

**TRACTOR SUPPLY COMPANY**

       **Defendant.**

## DEFENDANT'S NOTICE TO TAKE VIDEOTAPED DEPOSITION
## OF PLAINTIFF'S EXPERT WITNESS

NOTICE is hereby given that the undersigned attorneys for Defendant, Tractor Supply Company, will take the remote deposition of **Dr. Erin George**, on Thursday, **December 21, 2023**, at 11:00 A.M. (EST) via **ZOOM Videoconference**.

Said deposition will be conducted remotely via videoconferencing and recorded by stenographic and videographic means before a duly-qualified court reporter and/or authorized official qualified to administer oaths and record testimony, and will continue until such time as it is concluded. The deposition will be taken for purposes of discovery and/or such other use in said action as authorized pursuant to the Federal Rules of Civil Procedure.

The court reporting service shall circulate access and dial-in instructions to the parties in advance of the deposition.

DATED: December 18, 2023.                    Respectfully submitted,

                                                              */s/ M. Kimberly Hodges*
                                                               M. Kimberly Hodges (MS Bar No. 100276)
                                                               OGLETREE, DEAKINS, NASH,
                                                               SMOAK & STEWART, P.C.
                                                               International Place Tower II

6410 Poplar Avenue, Suite 300<br>
Memphis, Tennessee 38119<br>
Telephone: 901.766.4306<br>
kim.hodges@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I, M. Kimberly Hodges, do hereby certify that on this 18th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court via the Court's ECF filing system, which provides notification of such filing the following counsel of record for Plaintiff:

Marsha L. Rucker, Regional Attorney
Gerald L. Miller, Asst. Regional Attorney
Bryan A. Grayson, Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: 205.651.7071
marsha.rucker@eeoc.gov
gerald.miller@eeoc.gov
bryan.grayson@eeoc.gov

Wm. Trent Thompson, Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Mobile Local Office
63 S. Royal Street, Suite 504
Mobile, AL 36602
Telephone: 205-651-7065
william.thompson@eeoc.gov

Jay Kucia, Trial Attorney (MS Bar #106123)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Jackson Area Office
100 W. Capitol St., Suite 338
Jackson, MS 39269
Telephone: 205.651.7081
gerald.kucia@eeoc.gov

*Attorneys for Plaintiff*

/s/ M. Kimberly Hodges<br>
M. Kimberly Hodges (MSB #100276)<br>
*Counsel for Defendant*

59685038.v1-OGLETREE