IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PLAINTIFF |
| v. | Civil Action No.: 2:22-cv-00131-KS-MTP |
| TRACTOR SUPPLY COMPANY | DEFENDANT |

**DEFENDANT'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PLAINTIFF**

NOTICE is hereby given that the undersigned attorneys for Defendant, Tractor Supply Company, will take the deposition of **Plaintiff, Jane Doe**, on Friday, **December 29, 2023**, at 10:00 A.M. (CST**),** at the Renaissance at Colony Park (Boardroom), 1000 Highland Colony Parkway, Building 5000, Suite 5203, Ridgeland, MS 39157; Tele: 601-427-4801.

Said deposition will be recorded by stenographic and video means before a duly-qualified court reporter and/or authorized official qualified by law to administer oaths and record testimony in the State of Mississippi, and will continue until such time as it is concluded. This deposition will be taken for the purposes of discovery and/or such other use in said action as authorized pursuant to the Federal Rules of Civil Procedure.

| | |
|---|---|
| DATED: December 20, 2023. | Respectfully submitted, |
| | */s/ M. Kimberly Hodges* |
| | M. Kimberly Hodges (MS Bar No. 100276) |
| | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| | 6410 Poplar Avenue, Suite 300 |
| | Memphis, Tennessee 38119 |
| | Telephone: 901.766.4306 |
| | kim.hodges@ogletreedeakins.com |
| | **ATTORNEYS FOR DEFENDANT** |

1

**CERTIFICATE OF SERVICE**

I, M. Kimberly Hodges, do hereby certify that on this 20th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court via the Court's ECF filing system, which provides notification of such filing the following counsel of record for Plaintiff:

>Wm. Trent Thompson, Trial Attorney
>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>Mobile Local Office
>63 S. Royal Street, Suite 504
>Mobile, AL 36602
>Telephone: 205-651-7065
>william.thompson@eeoc.gov
>
>Jay Kucia, Trial Attorney (MS Bar #106123)
>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>Jackson Area Office
>100 W. Capitol St., Suite 338
>Jackson, MS 39269
>Telephone: 205.651.7081
>gerald.kucia@eeoc.gov
>
>Marsha L. Rucker, Regional Attorney
>Gerald L. Miller, Asst. Regional Attorney
>Bryan A. Grayson, Supervisory Trial Attorney
>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
>Birmingham District Office
>1130 22nd Street South
>Birmingham, Alabama 35205
>Telephone: 205.651.7071
>marsha.rucker@eeoc.gov
>gerald.miller@eeoc.gov
>bryan.grayson@eeoc.gov
>
>***Attorneys for Plaintiff***

>/s/ M. Kimberly Hodges
>M. Kimberly Hodges (MSB #100276)
>*Counsel for Defendant*

59695803.v1-OGLETREE