# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| v. ) | **2:22-CV-00131-KS-MTP** |
| ) | |
| **TRACTOR SUPPLY COMPANY** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW

Plaintiff U.S. Equal Employment Opportunity Commission moves the Court to enter an order allowing Gerald L. Miller to withdraw as counsel for Plaintiff. Mr. Miller is retiring from the Commission and the practice of law effective December 30, 2023. The Commission will continue to be represented by other counsel who have appeared in this case.

DATED: December 29, 2023.

                                                                                              Respectfully submitted,

                                                                                              /s/ **Gerald L. Miller**
                                                                                              Gerald L. Miller
                                                                                              Assistant Regional Attorney
                                                                                              AL Bar No. ASB-1454-E52G
                                                                                              (205) 651-7026
                                                                                              gerald.miller@eeoc.gov

                                                                                              U.S. EQUAL EMPLOYMENT
                                                                                              OPPORTUNITY COMMISSION
                                                                                              Birmingham District Office
                                                                                              Ridge Park Place, Suite 2000
                                                                                              1130 22nd Street South
                                                                                              Birmingham, AL 35205

2

## CERTIFICATE OF SERVICE

    I hereby certify that on December 29, 2023, I filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

                                       /s/ **_Gerald L. Miller_**
                                       Gerald L. Miller