IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                                PLAINTIFF

V.                                                CIVIL ACTION NO. 2:22cv131-KS-MTP

TRACTOR SUPPLY COMPANY                                                          DEFENDANT

**AMENDED CASE MANAGEMENT ORDER**

This matter is before the Court on the Parties' Joint Motion [47] for Extension of Deadlines to Complete Discovery and File Dispositive Motions and for Continuance of Settlement Conference and Trial Date. For good cause shown, the Court GRANTS the motion and finds that an Amended Case Management Order should be entered.

IT IS, THEREFORE, ORDERED:

1. The Joint Motion [47] is granted.

2. The discovery deadline is reset to February 29, 2024.

3. The motions deadline is reset to March 15, 2024. The deadline for motions *in limine* is twenty-one days before the pretrial conference; the deadline for responses is fourteen days before the pretrial conference.

4. The settlement conference set for January 3, 2024 is cancelled and will be rescheduled by separate notice.

5. The pre-trial conference is reset for July 18, 2024 before Senior District Judge Keith Starrett.

6. The jury trial is reset for a two week term beginning August 5, 2024 before Senior District Judge Keith Starrett. Counsel shall notify the District Judge in writing of any conflicts with the trial term on or before January 9, 2024.

7. Except as set forth herein, all other provisions of the Amended Case Management Order [40] remain in effect.

SO ORDERED this 2nd day of January, 2024.

                                                                s/Michael T. Parker  
                                                                UNITED STATES MAGISTRATE JUDGE