# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**  **PLAINTIFF**

**v.**  **CIVIL ACTION NO. 2:22-cv-131-KS-MTP**

**TRACTOR SUPPLY COMPANY**  **DEFENDANT**

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Withdraw [46]. In the Motion, Plaintiff seeks an order allowing Gerald L. Miller to withdraw as its counsel of record. As other counsel will continue to represent Plaintiff, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Withdraw [46] is GRANTED.

SO ORDERED this the 2nd day of January, 2024.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE