**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **PLAINTIFF** |
| **v.** | **Civil Action No.: 2:22-cv-00131-KS-MTP** |
| **TRACTOR SUPPLY COMPANY** | **DEFENDANT** |

**DEFENDANT'S AMENDED NOTICE TO TAKE**
**VIDEOTAPED DEPOSITION OF PLAINTIFF**

NOTICE is hereby given that the undersigned attorneys for Defendant, Tractor Supply Company, will take the deposition of **Plaintiff, Jane Doe**, on Friday, **February 23, 2024**, at 9:00 A.M. (CST)**,** at Regus, 2900 Westfork Drive, Suite 401 (Boardroom), Baton Rouge, LA 70827.

Said deposition will be recorded by stenographic and video means before a duly-qualified court reporter and/or authorized official qualified by law to administer oaths and record testimony in the State of Louisiana, and will continue until such time as it is concluded. This deposition will be taken for the purposes of discovery and/or such other use in said action as authorized pursuant to the Federal Rules of Civil Procedure.

DATED: February 15, 2024.

Respectfully submitted,

*/s/ M. Kimberly Hodges*
M. Kimberly Hodges (MS Bar No. 100276)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: 901.766.4306
kim.hodges@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I, M. Kimberly Hodges, do hereby certify that on this 15th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court via the Court's ECF filing system, which provides notification of such filing the following counsel of record for Plaintiff:

Wm. Trent Thompson, Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Mobile Local Office
63 S. Royal Street, Suite 504
Mobile, AL 36602
Telephone: 205-651-7065
william.thompson@eeoc.gov

Jay Kucia, Trial Attorney (MS Bar #106123)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Jackson Area Office
100 W. Capitol St., Suite 338
Jackson, MS 39269
Telephone: 205.651.7081
gerald.kucia@eeoc.gov

Marsha L. Rucker, Regional Attorney
Bryan A. Grayson, Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: 205.651.7071
marsha.rucker@eeoc.gov
bryan.grayson@eeoc.gov

***Attorneys for Plaintiff***

*/s/ M. Kimberly Hodges*
M. Kimberly Hodges (MSB #100276)
*Counsel for Defendant*

60775355.v1-OGLETREE