IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                PLAINTIFF

v.                                          CIVIL ACTION NO. 2:22-cv-131-KS-MTP

TRACTOR SUPPLY COMPANY                                 DEFENDANT

## ORDER

THIS MATTER is before the Court on Defendant's Motion for Extensions [52]. In the Motion, Defendant seeks extensions of the discovery and motions deadlines. The Motion is unopposed, and the Court finds good cause to grant the Motion.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion for Extensions [52] is GRANTED;

2. The discovery deadline is extended to March 6, 2024;

3. The deadline for motions (other than motions *in limine* or discovery motions) is extended to March 29, 2024;

4. The settlement conference remains set for March 18, 2024; and

5. All other provisions of the Case Management Order [13] and Order [48] remain in place.

SO ORDERED this the 20th day of February, 2024.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE