IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION            PLAINTIFF

v.            CIVIL ACTION NO. 2:22-cv-131-KS-MTP

TRACTOR SUPPLY COMPANY            DEFENDANT

**ORDER**

THIS MATTER is before the Court on Defendant's Unopposed Motion for Extension of Discovery Deadline [54]. On February 9, 2023, the Court entered a Case Management Order [12], which set an October 2, 2023, discovery deadline. Following multiple requests by the parties, the Court continued the trial of this matter twice and extended the discovery deadline three times. *See* Orders [40] [48] [53]. Currently, the discovery deadline is March 6, 2024.

In the instant Motion [54], Defendant requests that the Court extend the discovery deadline to March 29, 2024. According to Defendant, the deposition of its corporate representative is scheduled for March 6, 2024, but a settlement conference is scheduled for March 18, 2024, and Defendant "would prefer to spend what time remains in advance of the settlement conference in this matter to attempt to resolve this matter fully, rather than expending resources and expenses on the final deposition." *See* Motion [54]. While settlement efforts are always encouraged, they do not constitute good cause for extensions of the case deadlines. *See PIC Group, Inc. V. Landcoast Insulation, Inc.*, 2010 WL 4791710, at *1 (S.D. Miss. Nov. 18, 2010); *Rivera v. County of Willacy*, 2007 WL 1655303, at *1 (S.D. Tex. June 6, 2007). The Court does not find good cause to extend the discovery deadline once again.

IT IS, THEREFORE, ORDERED that Defendant's Unopposed Motion for Extension of Discovery Deadline [54] is DENIED.

1

SO ORDERED this the 5th day of March, 2024.

                                              s/Michael T. Parker
                                              UNITED STATES MAGISTRATE JUDGE