**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) **Plaintiff,** ) ) v. ) ) **TRACTOR SUPPLY COMPANY,** ) ) **Defendant.** ) | CIVIL ACTION NO. 2:22-cv-00131-KS-MTP |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Equal Employment Opportunity Commission ("Commission") and Defendant Tractor Supply Company ("Tractor Supply") jointly move the Court to approve and enter the proposed Consent Decree attached hereto as Exhibit 1. In support of this Joint Motion, the Commission and Tractor Supply state the following:

1. The Commission filed this action pursuant to Titles I and V of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12111, *et seq.* ("ADA"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a ("CRA"). Tractor Supply filed an Answer denying the allegations.

2. The Commission and Tractor Supply negotiated the Consent Decree as an agreed-upon resolution of the claims made in this case. The parties have approved the form and substance of the Consent Decree and desire that it be approved and entered as a resolution of this action.

3. The Consent Decree is adequate, fair, reasonable, equitable, and just.

4. The Consent Decree serves the purposes of the ADA and CRA.

5. The Consent Decree conforms with the Federal Rules of Civil Procedure.

6. Approval and entry of the consent decree will be in the best interest of the parties, those for whom the Commission seeks individual relief, and the public.

Accordingly, and for the reasons set forth in the Consent Decree, the Commission and Tractor Supply respectfully request that this Court approve and enter the Consent Decree and that it retain jurisdiction during the term of the Consent Decree to enforce the terms and conditions set forth therein.

Respectfully submitted, May 8, 2024,

/s/ *Kimberly Hodges (with permission)*
M. Kimberly Hodges (MS Bar No. 100276)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, TN  38119
Telephone:  901.767.6160
Facsimile:  901.767.7411
Email: kim.hodges@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

/s/ Trent Thompson
Wm. Trent Thompson (NY Bar No. 5232525)
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1130 22nd Street South, Suite 2000
Birmingham, Alabama  35205
Telephone: 205.651.7065
Facsimile: 205.212.2041
Email: william.thompson@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**